650

## WILSON *v.* WARDEN OF MARYLAND PENITENTIARY

[App. No. 47, September Term, 1962.]

*Decided February 6, 1963.*

Before the full Court.

PER CURIAM.

Application for leave to appeal from the denial of post conviction relief is denied for the reasons set out in the opinion of the court below.